No. 96–5361. CIELTO v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5363. WILLIAMS v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–5364. TUGGLE v. NETHERLAND, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 96–5367. STAUP v. FIRST UNION NATIONAL BANK OF FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 96–5368. DELLENBACH v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE. C. A. 7th Cir. Certiorari denied.

No. 96–5370. LYONS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–5371. KANDIES v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–5372. CHUQUIMARCA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5373. BACCHI v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5375. SIMMONS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5376. RAWLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5377. MEHIO v. GRABER ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–5378. JONES v. FARLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–5379. KNIGHT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.